# EXHIBIT 7

| | |
|---|---|
| DISTRICT COURT, COUNTY OF WELD, STATE OF COLORADO<br>901 9th Ave<br>P.O. Box 2038 (80632)<br>Greeley, CO 80631 | DATE FILED: August 22, 2013 3:04 PM |
| **Plaintiff:** MICHAEL WRIGHT<br><br>v.<br><br>**Defendants:** BANK OF AMERICA, A NATIONAL BANKING CORPORATION. | ▲ COURT USE ONLY ▲<br><br>Case No.: 2013CV030600<br><br>Div: 4 |
| **ORDER GRANTING BANK OF AMERICA, N.A.'S   UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

The Court has reviewed Bank of America, National Association's (**BANA**) Unopposed Motion for Enlargement of Time to Respond to plaintiff's Complaint and finds that it is well taken. For the reasons set forth in that motion, it is hereby **ORDERED** that BANA will have up to and including September 9, 2013 to respond to plaintiff's complaint.

DATED: **AUG 2 2 2013**

BY THE COURT:

_Daniel S. Maus_
District Court Judge

1