# EXHIBIT 9

| | |
|---|---|
| DISTRICT COURT, COUNTY OF WELD, STATE OF COLORADO<br>901 9th Ave<br>P.O. Box 2038 (80632)<br>Greeley, CO 80631 | DATE FILED: September 12, 2013 10:16 AM |
| **Plaintiff:** MICHAEL WRIGHT<br><br>v.<br><br>**Defendants:** BANK OF AMERICA, A NATIONAL BANKING CORPORATION. | ▲ COURT USE ONLY ▲<br><br>Case No.: 2013CV030600<br><br>Div: 4 |

# ORDER GRANTING BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court has reviewed Bank of America, National Association's (**BANA**) Unopposed Motion for Enlargement of Time to Respond to plaintiff's Complaint and finds that it is well taken. For the reasons set October 24, 2013 to respond to plaintiff's complaint.

DATED: SEP 12 2013

BY THE COURT:

*Daniel S. Maus*
District Court Judge

1